IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CAPLE FELDER AND ORA D. FELDER**, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | **CIVIL ACTION NO.** |
| **CAPITAL ONE, ALLIANCE DATA** ) | **2:11-CV-0011** |
| **SYSTEMS, INC. d/b/a WORLD** ) | |
| **FINANCIAL NETWORK NATIONAL** ) | |
| **BANK, TRANS UNION, LLC, EXPERIAN** ) | |
| **INFORMATION SOLUTIONS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANT WORLD FINANCIAL NETWORK NATIONAL BANK'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant World Financial Network National Bank and in compliance with Federal Rule of Civil Procedure 7.1(a), makes the following disclosure:

**World Financial Network National Bank is a wholly-owned subsidiary of Alliance Data Systems Corporation.**

          Respectfully submitted,

          /s/ L. Jackson Young, Jr.
          L. Jackson Young, Jr.
          *Counsel for Defendant World Financial Network National Bank*

**OF COUNSEL**:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
Telephone: (205) 879-8722
Telecopier: (205) 879-8831
Email: ljy@ffdlaw.com

{W0282520.1 }

{W0282520.1 }

**CERTIFICATE OF SERVICE**

      This is to certify that on this the 31st day of January, 2011, a copy of the foregoing document has been served upon counsel for all parties to this proceeding electronically via CM/ECF:

David W. Vickers, Esq.
Vickers & White, PLLC
428 South Lawrence Street
Montgomery, Alabama 36111
Email: dwvickers@vickersandwhitelaw.com

                                      /s/ L. Jackson Young, Jr.
                                      Of Counsel