UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAPLE FELDER AND ORA D. FELDER | § § § | |
| PLAINTIFFS, | § § | |
| v. | § § | 2:11-CV-11-WKW-TFM |
| CAPITAL ONE, et al. | § § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Caple Felder and Ora D. Felder and Defendant identified in the Complaint has Capital One, properly known as Capital One Bank (USA), N.A. (Capital One), hereby stipulate to the dismissal of any and all claims that were, are and/or could have been asserted by Plaintiffs, individually and/or jointly, against Capital One with prejudice. Each party to bear its own fees and costs.

Respectfully Submitted,

| | |
|---|---|
| /s David W. Vickers   .<br>David Windell Vickers<br>Vickers & White, PLLC<br>428 South Lawrence Street<br>Montgomery, AL 36104 | /s Joshua H. Threadcraft<br>Joshua H. Threadcraft<br>(ASB-7136-H36T)<br>BURR & FORMAN LLP<br>420 North 20th Street, Suite 3400<br>Wells Fargo Tower<br>Birmingham, Alabama 35203<br>Telephone:  (205) 458-5132<br>Facsimile:   (205) 413-8701<br>E-mail: Joshua.Threadcraft@burr.com |

1959631 v1

1

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this the 10th day of November, 2011, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice of the filing to the following:

**Joshua H. Threadcraft**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Wells Fargo Tower
Birmingham, Alabama 35203

**Leilus Jackson Young , Jr.**
Ferguson Frost & Dodson, LLP
2500 Acton Road
Suite 200
Birmingham, AL 35243

**William Robert Pringle**
Christian & Small, LLP
505 20th Street North
Suite 1800
Birmingham, AL 35203-2696

**Matthew Whittle Robinett**
Norman, Wood, Kendrick & Turner
505 20th Street North, Financial Center
Suite 1600
Birmingham, AL 35203

/s David W. Vickers
David W. Vickers

1959631 v1                                    2